FILED _____ ENTERED
LODGED _____ RECEIVED

FEB 28 2001

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FREDERICK C. LOHN, as a Participant in the SHEET METAL WORKERS' NATIONAL PENSION FUND, | * <br> * <br> * |
| Plaintiff | * Civil Action No. MJG-97-1812 |
| v. | * MJG-98-606 <br> MJG-98-3803 |
| HARRY HUGE, et al. | * |
| Defendant | * |

* * * * * * * * * * * *

### ORDER

Upon consideration of the Joint Motion to Extend Time for Completion of Settlement, *and, subject to Judge Garbis' approval,* it is this 23rd day of *February*, 2001, ORDERED:

1. That the time for reopening this case with respect to claims by the plaintiff against defendants June Carlough as Personal Representative of the Estate of Edward J. Carlough and defendant Judith Boyce as Beneficiary of Gordon Jones, pursuant to further Order of this Court upon application of any party based upon the failure to consummate the settlement proceeding or other good cause as specified in this Court's Order of February 23, 1999, be further extended from March 2, 2001, to April 2, 2001;

2. That the time for reopening this case with respect to claims by the plaintiff against Harry Huge, Duff Kennedy, AESOP Managers, Inc., Capitol Investors, Inc., and The AESOP Fund, L.P., pursuant to further Order of this Court upon application of any party based upon the failure to consummate the settlement proceeding or other good

#241866



cause as specified in this Court's Order of February 23, 1999, be further extended from March 2, 2001, to July 31, 2001.

3. If any party to the above referenced cases wishes a hearing on the extension ordered above, he or she may submit a written request w/in 10 Days, and a telephone conference will be scheduled with counsel to discuss the issue. Should this occur, the extension granted will remain in effect until any subsequent ruling.

_____
United States Magistrate Judge

PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

PWG
USMJ

#241866